IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO. 3:04CV210
(3:01CR11-5)

| | |
|---|---|
| TIMOTHY B. BURNHAM, | ) |
| Petitioner, | ) |
| Vs. | ) **J U D G M E N T** |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Petitioner's motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct sentence is **DENIED**, and this matter is hereby **DISMISSED WITH PREJUDICE** in its entirety.

Petitioner is hereby placed on notice that no future motion pursuant to 28 U.S.C. § 2255 may be filed absent permission from the United States Fourth Circuit Court of Appeals.

**Signed: December 2, 2005**

Lacy H. Thornburg
United States District Judge